Argued and submitted July 13, affirmed in part, reversed in part August 3, 1983

In the Matter of the Compensation of
Frank E. Ayres, Claimant.

AYRES,
*Petitioner - Cross-Respondent,*

*v.*

CHRISTIAN LOGGING CO. et al,
*Respondents - Cross-Petitioners.*

(81-07960; CA A26412)

667 P2d 10

Evohl F. Malagon, Eugene, argued the cause and filed the briefs for petitioner - cross-respondent.

Emil R. Berg, Portland, argued the cause for respondents - cross-petitioners. With her on the brief was Wolf, Griffith, Bittner, Abbott & Roberts, Portland.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This is a workers' compensation case in which claimant seeks reversal of a portion of a Workers' Compensation Board order that reduced a referee's award of permanent partial disability for binaural hearing loss. On *de novo* review, we reverse that portion of the Board's order and reinstate the referee's award. In all other respects, the Board's order is affirmed.

Referee's award of permanent partial disability for binaural hearing loss reinstated; order of Workers' Compensation Board otherwise affirmed.